NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TOLLYN J. TWITCHELL and ROBINA          )
M. TWITCHELL, CO-TRUSTEES OF            )
THE TOLLYN J. TWITCHELL LIVING          )
TRUST UNDER AGREEMENT DATED             )
NOVEMBER 3, 2010, TOLLYN J.             )
TWITCHELL, INDIVIDUALLY, TERRY          )
G. TWITCHELL and LEA KOESTER,           )
PERSONAL REPRESENTATIVE OF              )
THE ESTATE OF SYLVIA T. HUTCHINS.       )
                                        )
        Appellants,                     )
                                        )
v.                                      )          Case No.  2D17-3447
                                        )
WHITNEY L. SCOTT, SUCCESSOR             )
TRUSTEE OF THE SYLVA T.                 )
HUTCHINS REVOCABLE TRUST.               )
                                        )
        Appellee.                       )
_____  )

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

David A. Wallace and Morgan R. Bentley
of Bentley & Bruning, P.A., Sarasota, for
Appellants.

David L. Boyette and Jason T. Gaskill of
Adams and Reese LLP, Sarasota, for
Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, SLEET, and LUCAS, JJ., Concur.